IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL CLARKE, ET AL,<br><br>                    Plaintiffs,<br><br>v.<br><br>BALFOUR BEATTY COMMUNITIES, LLC, ET AL.<br><br>                    Defendants. | Case No.: 5:21-cv-0550-XR<br>Hon. Xavier Rodriguez |
| JOSHUA ASHLIMAN, ET AL,<br><br>                    Plaintiffs,<br><br>v.<br><br>BALFOUR BEATTY COMMUNITIES, LLC, ET AL.<br><br>                    Defendants. | Case No.: 5:22-cv-00106-XR<br>Hon. Xavier Rodriguez |

**STIPULATION TO AMEND SCHEDULING ORDER**

**WHEREAS,** by order of this Court entered on March 7, 2022, the above-captioned matters were consolidated for the purposes of discovery; and

**WHEREAS,** this Court entered an Amended Scheduling Order on August 8, 2022 whereby the deadline for the completion of all discovery was ordered to be November 1, 2022, a Final Pretrial Conference was scheduled for June 8, 2023 and the Jury Trial Date was scheduled for June 20, 2023; and

**WHEREAS**, counsel to all parties subsequently met and conferred and agreed that, given the scope of discovery necessitated by the number of parties and anticipated experts involved, more time would be necessary to complete discovery in these matters; and

**WHEREAS**, the parties do not seek to alter or otherwise adjourn the current deadline to file a Final Joint Pretrial Order (May 26, 2023), the Final Pretrial Conference (June 8, 2023), or the Jury Trial Date (June 20, 2023); and

**WHEREAS**, the parties agreed on a proposed revised schedule for the completion of discovery in the above-captioned consolidated matters; and

**WHEREAS**, the parties, jointly, respectfully request that the Court further amend the Scheduling Order in these matters and adopt the schedule set forth herein;

**IT IS SO STIPULATED AND AGREED:**

1. The dates set forth in the Amended Scheduling Order entered in these consolidated actions on August 8, 2022 shall be amended as follows:

| Item to Complete | Current Deadline | Amended Deadline |
|---|---|---|
| Plaintiffs' designation of testifying experts required by Fed. R. Civ. P. 26(a)(2)(B) | August 31, 2022 | January 30, 2023 |
| Defendants' designation of testifying experts required by Fed. R. Civ. P. 26(a)(2)(B) | September 30, 2022 | February 28, 2023 |
| Filing supplemental reports required under Fed. R. Civ. P. 26(e) | October 3, 2022 | March 15, 2023 |
| Rule 26(a)(3) disclosures | April 28, 2023 | No change |
| Objections under Rule 26(a)(3) | May 12, 2023 | No change |
| Completion of All Discovery | November 1, 2022 | April 15, 2023 |

| Item to Complete | Current Deadline | Amended Deadline |
|---|---|---|
| Mediation | On or before January 31, 2023 | On or before April 28, 2023 |
| Pretrial Motions (other than motions *in limine*) | January 31, 2023 | April 28, 2023 |
| Final Pretrial Order and any motion *in limine* | May 26, 2023 | No change |
| Final Pretrial Conference | June 8, 2023 at 10:30 a.m. | No change |
| Jury Trial Date | June 20, 2023 at 10:30 a.m. | No change |

2. The parties are agreed to further extension of expert deadlines if there is a delay in the receipt of necessary medical or employment records. However the parties are committed to work collaboratively and in good faith to meet the deadlines set forth above without further extension.

3. Facsimile or imaged signatures shall be effective as original signatures.

**SO ORDERED:**

**Date:** _____

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

**SO STIPULATED:**

**Date:** __August , 2023_____

By:   /s/Jennifer A. Neal
      Mikal C. Watts
      Texas State Bar No. 20981820
      mcwatts@wattsguerra.com
      Francisco Guerra, IV.

Texas State Bar No. 00796684
fguerra@wattsguerra.com
Robert Brzezinski
Texas State Bar No. 00783746
rbrzezinski@wattsguerra.com
Jennifer Neal
Texas State Bar No. 24089834
jneal@wattsguerra.com
**WATTS GUERRA LLC**
4 Dominion Dr.
Bldg. 3, Suite 100
San Antonio, TX 78257
(210) 447-0500 Telephone
(210) 447-0501 Facsimile

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Ryan C. Reed
Texas State Bar No. 24065957
rreed@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

James R. Moriarty
Texas State Bar No. 14459000
jim@moriarty.com
**MORIARTY SKIVER PLLC**
4119 Montrose, Suite 250
Houston, Texas 77006
(713) 528-0700 Telephone
(713) 528-1390 Facsimile

*Attorneys for Plaintiffs*


/s/ *Carli D. Pearson*
Carli D. Pearson
Richard G. Morgan
Tina A. Syring
Matthew A. Beyer

4

             LEWIS BRISBOIS BISGAARD &
             SMITH LLP
             Wells Fargo Center
             90 South 7th Street, Suite 2800
             Minneapolis, Minnesota 55402
             Telephone: 612.428.5000

             Alejandro Caraveo, Jr.
             Texas Bar No. 24101086
             Alejandro.Caraveo@lewisbrisbois.com
             **LEWIS BRISBOIS BISGAARD &**
             **SMITH LLP**
             2100 Ross Avenue, Suite 2000
             Dallas, Texas 75201
             Telephone: (214) 722-7100
             Facsimile: (214) 722-7111

             *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document was served upon all counsel of record via the Court's CM/ECF system on this the ___ day of August, 2022.

/s/ *Carli D. Pearson*
Carli D. Pearson