UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSHUA ASHLIMAN AND KELLY ASHLIMAN, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF B.A., H.A., AND L.A.; MACKENZIE ASHLIMAN; SCOTT FORESTER AND ALICIA FOERSTER, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF S.F.; BAILEY FORE AND KRISTEN FORE, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF K.F. AND B.F.; SIR CHRISTOPHER HOLLAND AND ELISE HOLLAND, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF S.C.H. AND V.P.; JUSTIN KRAFT AND KIMBERLY KRAFT, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF K.K.; PATRICK MANNING AND NATALIA MANNING, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF E.M.; AND RICHARD ROMETTY AND HEATHER ROMETTY, EACH INDIVIDUALLY AND AS NEXT FRIENDS OF M.R., A.R., AND A.R., <br><br>Plaintiffs <br><br>v. <br><br>BALFOUR BEATTY COMMUNITIES LLC; LACKLAND FAMILY HOUSING, LLC D/B/A LACKLAND FAMILY HOMES; FORT BLISS/WHITE SANDS MISSILE RANGE HOUSING LP D/B/A FORT BLISS FAMILY HOMES; BBC MILITARY HOUSING - BLISS/WSMR GENERAL PARTNER LLC; AND BALFOUR BEATTY MILITARY HOUSING MANAGEMENT, LLC, <br><br>Defendants | Case No.: 5:22-CV-00106-XR |

**NOTICE OF APPEARANCE OF CO-COUNSEL**

COME NOW Robert E. Valdez and Jose "JJ" Trevino, Jr. of the law firm Valdez & Trevino, Attorneys at Law, PC ("Valdez & Trevino") and enter their appearance as co-counsel in the above-mentioned caption on behalf of all Defendants. Mr. Valdez and Mr. Trevino respectfully request that all pleadings, orders, notices, and correspondence relating to this action be served on the undersigned at the address set forth below.

DATED: July 20th, 2022

VALDEZ & TREVINO, ATTORNEYS AT LAW

_____
**Robert E. Valdez**
TX Bar No. 20428100
**Jose Trevino, Jr.**
TX Bar No. 24051446
Valdez & Trevino, Attorneys at Law.
Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, TX 78230
Telephone:  210.598.8686
Fax: 210.598.8797
REValdez@valdeztrevino.com
JTrevino@valdeztrevino.com

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record on this 20th day of July, 2022.

_____
Jose Trevino, Jr.