UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

| | |
|---|---|
| Michael Clarke, et al,<br><br>Plaintiffs,<br><br>v.<br><br>Balfour Beatty Communities LLC, et al,<br><br>Defendants. | Civil Action No.:<br><br>5:21-cv-00550-XR |

## DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION TO COMPEL IN-PERSON DEPOSITIONS OF PLAINTIFFS

NOW COME Defendants Balfour Beatty Communities, LLC ("BBC"); Lackland Family Housing, LLC d/b/a Lackland Family Homes ("LFH"); Fort Bliss/White Sands Missile Range Housing LP d/b/a Fort Bliss Family Homes ("FBFH"); BBC Military Housing - Bliss/WSMR General Partner LLC ("Bliss GP"); and Balfour Beatty Military Housing Management, LLC ("BBMHM") (collectively, "Defendants"), in the above-entitled and numbered actions, and files this Motion to Withdraw Defendants' Motion to Compel the In-Person Depositions of Plaintiffs (Doc. 76), pursuant to the Federal Rules of Civil Procedure.

On December 2, 2022, Defendants filed their Motion to Compel the In-Person Depositions of Plaintiffs in the above-mentioned lawsuit.

On December 8, 2022, counsel for Plaintiffs agreed to produce Plaintiffs for in-person depositions at a location near their current residences. In exchange for Plaintiffs' agreement, Defendants will withdraw their Motion to Compel.

1

4858-4136-7362.1

**CONCLUSION**

For the reasons set forth above, Defendants respectfully request that the Court grant their Motion to Withdraw Defendants' Motion to Compel In-Persons Depositions of Plaintiffs (Doc. 76) and remove said Motion from the Court's Docket.

Date:   December 14, 2022

By: _____
Alejandro Caraveo, Jr.
TX State Bar No. 24101086
LEWIS BRISBOIS BISGAARD & SMITH LLP
2100 Ross Avenue, Suite 200
Dallas, TX 75201
Telephone: 214.722.7133
Facsimile: 214.722.7111

Tina A. Syring-Petrocchi (*pro hac vice*)
Richard G. Morgan (*pro hac vice*)
Carli D. Pearson (*pro hac vice*)
Matthew A. Beyer (*pro hac vice*)
LEWIS BRISBOIS BISGAARD & SMITH LLP
Wells Fargo Center
90 South 7th Street, Suite 2800
Minneapolis, Minnesota 55402
Telephone: 612.428.5000
Facsimile: 612.428.5001

Jose Trevino, Jr.
VALDEZ & TREVINO, P.C.
Callaghan Tower
8023 Vantage Drive, Suite 700
San Antonio, Texas 78230
Telephone: 210.598.8686
Facsimile: 210.598.8797

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to opposing counsel of record.

_____
Alejandro Caraveo

4858-4136-7362.1